UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Antoine Collins

Debtor(s)

Case No. 10 B 02960

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/27/2010.

2) The plan was confirmed on 03/16/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/16/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/03/2012.

5) The case was Dismissed on 07/17/2012.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,850.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$17,850.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,509.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $898.45 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,407.45** |

Attorney fees paid and disclosed by debtor:  $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance Paycheck Now | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Advanced Family Dental Joliet | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 5.00 | 660.55 | 660.55 | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Asset Management Out | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Associate Pathologists Of Joliet | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Boulder Credit Service | Unsecured | 1,014.00 | 1,013.65 | 1,013.65 | 0.00 | 0.00 |
| Bureau Of Recovery | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| CACI | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| Chase Automotive Finance | Unsecured | NA | 8,848.87 | 8,848.87 | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 16,881.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 15,759.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 15,759.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 5,669.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 2,893.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 12,223.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 2,893.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 12,223.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 1,471.00 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 5,669.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 200.00 | 688.00 | 688.00 | 0.00 | 0.00 |
| City of Joliet | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Joliet | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| City Of Monona Municipal Court | Priority | 135.00 | 165.53 | 165.53 | 0.00 | 0.00 |
| Clear Check | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Collection Company Of America | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| Collection Professionals Inc | Unsecured | 288.00 | 290.09 | 290.09 | 0.00 | 0.00 |
| Columbia House | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| Commercial Check Control | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Corporate Collection Dept | Unsecured | 1,468.00 | NA | NA | 0.00 | 0.00 |
| Cottonwood Financial Ltd | Unsecured | NA | 227.50 | 227.50 | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 6,459.00 | 6,459.06 | 6,459.06 | 0.00 | 0.00 |
| Credit Collections Services | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 934.00 | NA | NA | 0.00 | 0.00 |
| Dane County Clerk Of Circuit Court | Unsecured | NA | 460.54 | 460.54 | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | NA | 33,131.56 | 33,131.56 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 16,881.00 | 22,387.75 | 22,387.75 | 0.00 | 0.00 |
| ERS Solutions | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| FedLoan Servicing | Unsecured | 8,097.00 | 7,972.70 | 7,972.70 | 0.00 | 0.00 |
| Goggins & Lavintman PA | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GS Services | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 4,600.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 212.72 | 212.72 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 128.00 | 2,116.29 | 2,116.29 | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 10,000.00 | 3,115.00 | 3,115.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 7,236.00 | 8,195.82 | 8,195.82 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 6,000.00 | 11,740.71 | 11,740.71 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 100.00 | 1,468.75 | 1,468.75 | 0.00 | 0.00 |
| Jennings Law Firm | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Joliet Central High School | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 1,410.00 | NA | NA | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| Lockport Township | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Medical | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| Medical | Unsecured | 648.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,591.97 | 1,594.67 | 1,594.67 | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,587.00 | NA | NA | 0.00 | 0.00 |
| Midwestern Regional Medical Center | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 1,529.00 | NA | NA | 0.00 | 0.00 |
| MKM Acquisitions LLC | Unsecured | 500.00 | 580.70 | 580.70 | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| National City Bank | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| New York Dept Of Revenue | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| New York Div Child Support Enforcemen | Priority | 377.00 | NA | NA | 0.00 | 0.00 |
| NOB Hill Apartment Homes | Unsecured | 307.00 | 2,617.88 | 2,617.88 | 0.00 | 0.00 |
| Northstar | Unsecured | 18,860.83 | NA | NA | 0.00 | 0.00 |
| Open MRI of N Ill | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Oral Surgery Center | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| PCP Of Essington | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Pellettiere & Associated LTD | Unsecured | 1,529.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Peoples Energy Corp | Unsecured | 86.00 | 389.60 | 389.60 | 0.00 | 0.00 |
| Plantation Billing Center | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Preffered Credit Union | Unsecured | 2,169.00 | NA | NA | 0.00 | 0.00 |
| Progressive Financial Services | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Provena | Unsecured | 1,030.00 | NA | NA | 0.00 | 0.00 |
| Radiologist Ltd | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Radiologist Ltd | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,471.00 | 1,055.30 | 1,055.30 | 0.00 | 0.00 |
| RPM Inc | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | NA | 5,788.37 | 5,788.37 | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 779.00 | 779.88 | 779.88 | 0.00 | 0.00 |
| Sharena Martin | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Silverleaf Resorts Inc | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| Specialized Loan Servicing LLC | Unsecured | 40,426.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 1,365.00 | 2,069.96 | 2,069.96 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 2,123.00 | NA | NA | 0.00 | 0.00 |
| Steven B Overpeck | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Synergetic Communication | Unsecured | 18,000.00 | NA | NA | 0.00 | 0.00 |
| TD Auto Finance | Unsecured | 18,860.00 | NA | NA | 0.00 | 0.00 |
| TD Auto Finance | Secured | 18,860.00 | 12,975.00 | 12,975.00 | 12,902.75 | 539.80 |
| Tek Collect | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | 368.00 | 368.97 | 368.97 | 0.00 | 0.00 |
| Vericrest Financial | Unsecured | 2,180.00 | 4,663.51 | 4,663.51 | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 1,518.00 | 1,518.51 | 1,518.51 | 0.00 | 0.00 |
| Villa Management | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Will County Health Department | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Will County Health Department | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| Will County State Atty Office | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Will County State Atty Office | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| WOW Internet & Cable | Unsecured | 380.54 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $12,975.00 | $12,902.75 | $539.80 |
| **TOTAL SECURED:** | **$12,975.00** | **$12,902.75** | **$539.80** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,477.64 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$10,477.64** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$120,104.80** | **$0.00** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $4,407.45 | |
| Disbursements to Creditors | $13,442.55 | |
| **TOTAL DISBURSEMENTS** : | | **$17,850.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/26/2013    By: /s/ Marilyn O. Marshall
                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**